| CITATION NUMBER | | | CHARGE | FINE/MUST APPEAR |
|---|---|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | TA14107 | K | ATTACHING UNAUTHORIZED VEH. RE | MUST APPEAR |

007**J0HP3**    G. PLATE WITH INTENTTO MISREPRESENT VEH ID

| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | TA21707 | A | FAILURE TO STOP AT STOP SIGN | 00000000090 |
|---|---|---|---|---|

007**F0HP3**

| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | TA13409 | B | FAILURE TO DISPLAY REGISTRATIO | 00000000050 |
|---|---|---|---|---|

007**G0HP3**    N CARD UPON DEMAND BY POLICE OFFICER

| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | TA16112 | C | FAIL TO DISPLAY LICENSE ON DEM | 00000000050 |
|---|---|---|---|---|

007**H0HP3**    AND

| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | TA13411 | A | FAILURE TO ATTACH VEHICLE REGI | 00000000070 |
|---|---|---|---|---|

007**K0HP3**    STRATION PLATES AT FRONT AND REAR

| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | TA13703 | G | UNAUTHORIZED DISPLAY AND USE O | 00000000290 |
|---|---|---|---|---|

007**L0HP3**    F REG. PLATE